IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALEXANDRIA QUALIA,           )
                             )
    Plaintiff,                )
                             )
v.                           )   CASE NO. CV416-226
                             )
CAROLYN W. COLVIN,           )
                             )
    Defendant.                )
                             )

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which no objections have been filed. After careful review, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED** as untimely. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this 20th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA